UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JAIME GUERRERO, JR.                                                                    PLAINTIFF

VERSUS                                                         CIVIL ACTION NO. 1:10CV65-RHW

JACKSON COUNTY, MISSISSIPPI et al                                            DEFENDANTS

## FINAL JUDGMENT

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff's complaint is dismissed without prejudice for failure to prosecute.

SO ORDERED, this the 13th day of July, 2011.

*s/ Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE